UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| TRINEZE LYNETTE HAYWOOD, *individually and on behalf of others similarly situated*,<br><br>Plaintiff,<br><br>-against-<br><br>WILBERT RUFFIN III, KECIE ANCAR, and DORIS ANCAR,<br><br>Defendants. | Case No. 1:24-cv-07818 (JLR)<br><br>**ORDER** |

JENNIFER L. ROCHON, United States District Judge:

  Plaintiff Trineze Lynette Haywood commenced this action on October 15, 2024. Dkt. 1. Federal Rule of Civil Procedure ("Rule") 4(m) requires Plaintiff to serve Defendants within 90 days of the filing of the complaint — that is, by January 13, 2025. *See* Fed. R. Civ. P. 4(m) ("If a defendant is not served within 90 days after the complaint is filed, the court . . . must dismiss the action without prejudice against that defendant or order that service be made within a specified time."). Plaintiff served Defendants Kecie Ancar and Doris Ancar on December 21, 2024, *see* Dkt. 8, but has not served Defendant Wilbert Ruffin III ("Ruffin").

  On February 20, 2025, the Court ordered Plaintiff to show cause as to why she had failed to serve the Summons and Complaint on Defendant Ruffin within the 90 days prescribed by Rule 4(m), or, if she believed that Defendant Ruffin had been served, when and in what manner such service was made. Dkt. 12. The Court also informed Plaintiff that if it did "not receive any communication from Plaintiff by February 28, 2025, showing good cause why such service was not made within the 90 days, the Court w[ould] dismiss the case as to Defendant Ruffin without further notice." *Id.* That date has now passed without Plaintiff responding to the Court's Order to Show Cause, filing proof of service on Defendant Ruffin,

or otherwise communicating with the Court. Therefore, for the reasons set forth both in this Order and the Court's Order to Show Cause, this action is dismissed as to Defendant Ruffin without prejudice for failure to serve in the time required by Rule 4(m). The Clerk of Court is respectfully directed to update the docket accordingly.

Dated: March 3, 2025
New York, New York

SO ORDERED.

JENNIFER L. ROCHON
United States District Judge

2