UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| TRINEZE LYNETTE HAYWOOD, *individually and on behalf of others similarly situated*,<br><br>      Plaintiff,<br><br>-against-<br><br>WILBERT RUFFIN III, KECIE ANCAR, and DORIS ANCAR,<br><br>      Defendants. | Case No. 1:24-cv-07818 (JLR)<br><br>**ORDER** |

JENNIFER L. ROCHON, United States District Judge:

  On March 28, 2025, Plaintiff moved for default judgment as to Defendants Kecie Ancar and Doris Ancar after they failed to answer or otherwise respond to the Complaint. *See* Dkt. 17. Because a Certificate of Default had not yet been entered by the Clerk of Court, the Court denied Plaintiff's motion without prejudice to properly refiling. *See* Dkt. 18. On April 18, 2025, the Clerk of Court entered a Certificate of Default as to both Defendants. *See* Dkt. 27. To date, however, Plaintiff has not renewed her motion for default judgment or otherwise communicated with the Court.

  It is hereby ORDERED that Plaintiff shall file a renewed motion for default judgment in accordance with the Court's Individual Rules and Local Rule 55 no later than **May 30, 2025**. Failure to timely move for default judgment may result in the dismissal of this action for failure to prosecute.

Dated: May 16, 2025
   New York, New York

                    SO ORDERED.

                    *Jennifer Rochon*
                    JENNIFER L. ROCHON
                    United States District Judge