UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| TRINEZE LYNETTE HAYWOOD, *individually and on behalf of others similarly situated*,<br><br>                              Plaintiff,<br><br>-against-<br><br>WILBERT RUFFIN III, KECIE ANCAR, and DORIS ANCAR,<br><br>                              Defendants. | Case No. 1:24-cv-07818 (JLR)<br><br>**ORDER** |

JENNIFER L. ROCHON, United States District Judge:

On May 28, 2025, Plaintiff moved for default judgment as to Defendants Kecie Ancar and Doris Ancar. *See* Dkt. 30. However, the supporting affidavit does not comply with Local Civil Rule 55.2(a)(1), Plaintiff has not submitted a memorandum of law pursuant to Local Civil Rule 55.2(a)(2), and the certificate of service does not indicate whether the Clerk's Certificate of Default was served on the Defendants pursuant to Local Civil Rule 55.2(a)(3).

Accordingly, it is hereby ORDERED that no later than **June 13, 2025**, Plaintiff shall file a memorandum of law and a compliant supporting affidavit pursuant to Local Civil Rule 55.2, and no later than **June 16, 2025**, Plaintiff shall file a certificate of service reflecting that all required papers have been served on or mailed to Defendants.

Dated: May 30, 2025
          New York, New York

SO ORDERED.

Jennifer Rochon

JENNIFER L. ROCHON
United States District Judge